UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-38-GCM

| | |
|---|---|
| JEANETTE LARSEN,<br>      Plaintiff<br>  v.<br><br>ASSURANT, INC. d/b/a<br>ASSURANT HEALTH d/b/a<br>TIME INSURANCE COMPANY<br><br>      Defendants. | **ORDER GRANTING**<br>**ADMISSION *PRO HAC VICE*** |

**THIS MATTER** is before the Court upon the motion of Defendant Time Insurance Company to allow **J. Scott Carr** to appear *Pro Hac Vice*, dated March 6, 2009 [doc #12].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Carr has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 6, 2009

Graham C. Mullen
United States District Judge